182 So.2d 531

John JOHNSON

v.

TYLER PIPE AND FOUNDRY COMPANY and Transport Insurance Company.

No. 48063.

Feb. 16, 1966.

McCALEB, J., concurs on the ground that this is not a proper case for the exercise of our supervisory jurisdiction inasmuch as the district judge has absolute discretion to order a remittitur in a civil jury case.

182 So.2d 531

STATE of Louisiana

v.

Doris Wilson SMITH.

No. 48078.

Feb. 16, 1966.

In re: Doris Wilson Smith applying for writ of habeas corpus.

Writ of habeas corpus refused. The showing made does not warrant the exercise of our original jurisdiction.